

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2021

No. 04-20-00264-CR

Montrail Thomas **BUTLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR6323
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

Appellant's brief, originally due on September 3, 2020, has not been filed. This court notified appellant's counsel, Ms. Judith K. Wemmert, of the deficiency on September 18, 2020. TEX. R. APP. P. 38.8(b)(2). We received no response. Therefore, on October 14, 2020, we issued an order abating this case to the trial court for an abandonment hearing. Following the abandonment hearing, the trial court filed its findings of fact from the abandonment hearing. The trial court found: (1) appellant desires to continue his appeal, (2) he is indigent, and (3) Ms. Wemmert has not abandoned the appeal.

On November 16, 2020, this court ordered Ms. Wemmert to file appellant's brief no later December 20, 2020. Our order cautioned Ms. Wemmert that further requests for an extension of time would be disfavored. Ms. Wemmert has not filed the brief.

If Ms. Wemmert fails to file appellant's brief **no later than January 18, 2021**, Ms. Wemmert will be ordered to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned.

The Clerk of this court is directed to serve a copy of this order on Ms. Wemmert by regular United States mail and by certified mail, return receipt required. The Clerk of this court is also directed to provide the trial court with a copy of this order.

_____

Rebeca C. Martinez, Chief Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2021.

_____

Michael A. Cruz,
Clerk of Court